Charles F. Sippel, appellee, v. Henry Lauer and Lizzie Lauer, appellants. Gen. No. 7,089.

Judgment by confession upon a promissory note opened and a general issue and a special fraud plea filed. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 5, 1922.

A. M. Blodgett, for appellants. Henry C. Ward, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Lem Noice and Thomas Parker, appellees, v. Mark T. Welsh, appellant. Gen. No. 7,095.

Action in justice's court for money due for threshing grain. Verdict for plaintiffs and appeal to the circuit court. Verdict and judgment for plaintiffs. Appeal from the Circuit Court of Grundy county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 5, 1922.

Cornelius Reardon, for appellant. W. E. Viner, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

---

Independent Harvester Company, appellee, v. T. F. Comisky, appellant. Gen. No. 7,109.

Judgment by default on bills of exchange or trade acceptances. Motion to open up the judgment denied. Appeal from the Circuit Court of LaSalle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 5, 1922. Rehearing denied and opinion modified October 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

T. F. Comisky and Kelly & Kelly, for appellant. Hanson & Jacobson, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

## FOURTH DISTRICT.

---

Esther P. Fishbein, appellee, v. Joe Siegel, appellant.

Action of forcible detainer for the possession of premises. Judgment for plaintiff. Stay of execution granted on condition of payment of rent due. Evidence heard and a reasonable rental value fixed for the premises thereafter. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed April 28, 1922.

Alexander Flannigen, for appellant. Joseph B. McGlynn, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.